PD-1580-15

Cause No. _____

IN THE

COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

OF TEXAS

_____

Jose Alfaro, Appellant

V.

The State of Texas, Appellee

_____

On Appeal from The
Court of Appeals
Fifth District of Texas at Dallas
Cause No. 05-14-01245-CR

FILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

_____

MOTION FOR EXTENSION OF TIME

_____

TO THE HONORABLE JUDGES OF SAID COURT:

Comes Now, Jose Alfaro, Appellant, pro se, in the above-mentioned cause, and moves this court for an extension of 90 days in which to file a Petition for Discretionary Review. In support of this request, Appellant shows the following:

-1-

1) The Court of Appeals, Fifth District of Texas at Dallas affirmed Appellant's conviction on November 4, 2015. The style and cause No. is as follows: Jose Alfaro v. the State of Texas, Cause No. 05-14-01245-cr.

2) Appellant's Petition for Discretionary Review is currently due on December 4, 2015.

3) Appellant respectfully requests that this Court grant a 90-day extension of time from that date in which to file his Petition for Discretionary Review. This extension would make the new due date March 4, 2016.

4) Appellant is no longer represented by counsel, and therefore is proceeding pro se. Appellant has very limited legal knowledge, and because he is incarcerated, has limited legal resources. Because of these reasons, Appellant respectfully requests this extension of time.

5) This request is not made for purposes of delay. Appellant only makes this request, so that he had adequate time in which to prepare his Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this

Court grant this motion for extension of time, making the new deadline for filing Appellant's Petition for Discretionary Review on March 4, 2016.

Respectfully Submitted,

Jose Alfaro # 1958909
Telford Unit
3899 State Hwy. 98
New Boston, TX 75570

Appellant, Pro Se

## CERTIFICATE OF SERVICE

I, Jose Alfaro, Appellant, pro se, do hereby certify that a true and correct copy of this motion for extension of time was served, via the United States Postal Service, to: Kimberly J. Duncan, Assistant District Attorney, 133 N. Riverfront Blvd. Dallas, Tx 75207, on this 28th day of November, 2015.

Jose Alfaro # 1958909
Appellant, Pro Se